LOUIS BURKE, RESPONDENT, v. PUBLIC SERVICE RAIL-
WAY COMPANY, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is
printed in 4 *N. J. Mis. R.* 96.

For the appellant, *Joseph Coult.*

For the respondent, *Jacob J. Singer.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KA-
LISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER,
VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ.  12.

*For reversal*—None.